Marion G. Wilson, executrix of the estate of William Garnett, deceased, defendant in error, v. Raymond E. Prochnow, plaintiff in error. Gen. No. 37,287.

**630**

Opinion filed May 2, 1934.
Wm. Scott Stewart, for plaintiff in error. Thomas G. Vent, for defendant in error.
Mr. Justice Hebel delivered the opinion of the court.